UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ESTHER IGENE, on behalf of herself,
and on behalf of all others similarly situated,

                              Plaintiff,      12 CV 0149 (ERK) (RLM)

-v-

                              **STIPULATION AND ORDER OF**
MIRACLE SECURITY, INC., HUNTER ROBERTS    **DISMISSAL WITH PREJUDICE**
CONSTRUCTION GROUP, L.L.C., JAMES
OBAYAGBONA, ELIZABETH OBAYAGBONA,
and JAMES DOE, a name being fictitious,
true name not yet know to the Plaintiff,

                              Defendants.
--------------------------------------------------------X

       WHEREAS the Plaintiff and defendants entered into a settlement agreement disposing of all issues raised by the Plaintiff in this action,

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action be dismissed with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear his or its own attorney's fees and costs.

Dated: January 21, 2014

ROBERT WISNIEWSKI, P.C.

By: _____
Robert Wisniewski, Esq.
225 Broadway, Suite 1020
New York, NY 10007
(212) 267-2101

*Attorneys for Plaintiff*
*Attorneys for Plaintiff Esther Igene*

JACKSON LEWIS LLP

_____
Wendy Mllik, Esq.
666 Third Avenue
New York, NY 10017
(718) 545-4000

*Attorneys for Defendants*
*Hunter Roberts Construction Group LLC*

_____
Arthur H. Forman, Esq.
98-20 Metropolitan Avenue
Forest Hills, NY 11375
(718) 268-2616

*Attorney for Defendants Miracle Security, Inc.*
*James Obayagbona, and Matiele Obayagbona*
*s/h/a Elizabeth Obayagbona*

SO ORDERED:

/s/ Judge Edward R. Korman
_____
U. S. D. J.

Dated: 1/23/14